Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**  Black Gold S.a.R.L.

**2. Debtor's unique identifier**

For non-individual debtors:

☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __

☑ Other 11S05485 . Describe identifier Company Register Monaco .

For individual debtors:

☐ Social Security number: xxx – xx– __ __ __ __

☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __

☐ Other _____ . Describe identifier _____

**3. Name of foreign representative(s)**  Jean-Paul Samba, trustee (or syndic) in Monaco Proceeding

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  Insolvency proceeding under Monegasque Commercial Code before the Tribunal de Premiere Instance de Monaco (assigned case no. 2020/00435)

**5. Nature of the foreign proceeding**

Check one:

☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached. **(See Exhibits 1 & 2)**

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

_____
_____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

Debtor: **Black Gold S.a.R.L.**    Case number (if known) _____

8. **Others entitled to notice**    Attach a list containing the names and addresses of: **(See Exhibit 3)**
   - (i) all persons or bodies authorized to administer foreign proceedings of the debtor,
   - (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and
   - (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   Country where the debtor has the center of its main interests:

   Principality of Monaco

   Debtor's registered office:

   6 Lacets Saint-Leon
   Number    Street

   Chateau Perigord I - Bloc J n 209
   P.O. Box

   98015 Monaco
   City    State/Province/Region    ZIP/Postal Code

   Monaco
   Country

   Individual debtor's habitual residence:

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   Address of foreign representative(s):

   9 Avenue des Castelans
   Number    Street

   Stade Louis II - Entree F
   P.O. Box

   98000 Monaco
   City    State/Province/Region    ZIP/Postal Code

   Monaco
   Country

10. **Debtor's website** (URL)    _____

11. **Type of debtor**

    Check one:

    ☑ Non-individual (check one):
    - ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1. **(See Exhibit 4)**
    - ☐ Partnership
    - ☐ Other. Specify: _____
    
    ☐ Individual

Debtor  **Black Gold S.a.R.L.**
         Name                                        Case number (if known)

### 12. Why is venue proper in *this district*?

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☑ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
Case No. 4:19-cv-03004-YGR-RMU (N.D. Cal.)

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

### 13. Signature of foreign representative(s)

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____          Jean-Paul Samba
Signature of foreign representative          Printed name

Executed on  11/20/2020
             MM / DD / YYYY

✗ _____          _____
Signature of foreign representative          Printed name

Executed on _____
            MM / DD / YYYY

### 14. Signature of attorney

✗ _____          Date  11/20/2020
Signature of Attorney for foreign representative    MM / DD / YYYY

Tania Maria Moyron
Printed name

Dentons US LLP
Firm name

601 S. Figueroa St., Ste. 2500
Number     Street

Los Angeles                                California   90017
City                                       State        ZIP Code

(213) 243-6101                             tania.moyron@dentons.com
Contact phone                              Email address

235736                                     CA
Bar number                                 State

# EXHIBIT 1

# TRIBUNAL
# DE PREMIERE INSTANCE

R.
☒ NP  ☐ P  ☐ PLN

N° 2020/000435

## JUGEMENT DU 4 JUIN 2020

### LE TRIBUNAL,

Statuant sur la déclaration du débiteur, en application de l'article 408 du Code de commerce,

Vu la requête (n° 2020/000369) qui précède, par laquelle **Lorenzo NAPOLEONI agissant en qualité de gérant de la SARL BLACK GOLD**, sollicite la constatation judiciaire de l'état de cessation des paiements de ladite société ;

Vu l'acte de dépôt en date du 25 mai 2020 ;

Vu l'enrôlement de la cause sous le n° 2020/000435 ;

Vu les conclusions du ministère public, en date du 28 mai 2020 ;

Attendu que par la requête susvisée, Lorenzo NAPOLEONI agissant en qualité de gérant de la SARL BLACK GOLD, demande que soit constaté l'état de cessation des paiements de la SARL BLACK GOLD ;

Attendu qu'il résulte tant de sa déclaration que des pièces produites, que SARL BLACK GOLD n'apparaît plus être en mesure de faire face, au moyen de son actif disponible, à son passif exigible ;

Attendu, dans ces conditions, que le Tribunal ne peut que constater la cessation des paiements de la SARL BLACK GOLD par application de l'article 408 alinéa 2 du code de commerce, en fixant provisoirement au **29 mai 2019**, la date de cette cessation des paiements ;

Attendu que les dépens du présent jugement doivent être employés en frais privilégiés de procédure collective ;

---

*Marginal note (left side):*

**RECTIFICATION D'ERREUR MATERIELLE**
Par Jugement en date du 18 juin 2020, il a été ordonné la rectification de l'erreur matérielle affectant le jugement du 4 juin 2020, en ces termes :
« *Fixe provisoirement la date de cette cessation des paiements au 29 mai 2019* » ;
Mention faite le 18 juin 2020.
Le Greffier en Chef adjoint

Marine PISANI

Case: 20-41815   Doc# 1   Filed: 11/20/20   Entered: 11/20/20 12:09:35   Page 5 of 19

**PAR CES MOTIFS,**

**LE TRIBUNAL,**

Constate avec toutes conséquences de droit, sur la déclaration du représentant du débiteur faite en vertu de l'article 408 du code de commerce, l'état de cessation des paiements de la SARL BLACK GOLD, dont le siège social se trouve Château Périgord I, 6 Lacets Saint Léon, Bloc K, 3ème étage, n° 209 à Monaco (98000) ;

Fixe provisoirement la date de cette cessation des paiements au 29 mai 2020 ;

Nomme Geneviève VALLAR, Premier Juge au Tribunal, en qualité de Juge commissaire ;

Désigne Jean-Paul SAMBA, expert-comptable, en qualité de syndic ;

Dit que le présent jugement sera exécutoire sur minute et par provision en vertu de l'article 572 du code de commerce et soumis à la publicité prévue par l'article 415 dudit code ;

Ordonne l'enrôlement des dépens en frais privilégiés de procédure collective ;

Ainsi jugé par Monsieur Sébastien BIANCHERI, Vice-Président, Madame Françoise DORNIER, Premier Juge, Monsieur Adrian CANDAU, Juge, qui en ont délibéré conformément à la loi assistés, lors des débats seulement, de Madame Isabel DELLERBA, Greffier ;

Lecture étant considérée comme donnée à l'audience du **4 JUIN 2020**, par Monsieur Sébastien BIANCHERI, Vice-Président, assisté de Madame Isabel DELLERBA, Greffier, en présence de Monsieur Olivier ZAMPHIROFF, Premier Substitut du Procureur Général, le dispositif de la décision étant affiché en salle des pas perdus du Palais de Justice.



| COÛT | |
|---|---|
| Minute | € |
| Rédaction | 5 € |
| Expédition | 36 € |
| Copie C.C. | € |
| Copie Simple | 2,10 € |
| GREFFE | 43,10 € |
| DÉBOURSÉS | € |
| TOTAL | 43,10 € |

Pour Expédition
POUR COPIE C.C.
Le 22/06/20
Le Greffier en Chef

Case: 20-41815   Doc# 1   Filed: 11/20/20   Entered: 11/20/20 12:09:35   Page 6 of 19



## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Pays : PRINCIPAUTE DE MONACO

   Le présent acte public
2. a été signé par Madame Virginie SANGIORGIO, Greffier en Chef
3. agissant en qualité de Greffier en Chef
4. est revêtu du sceau/timbre de     PRINCIPAUTE DE MONACO

   - GREFFE GENERAL -

   ATTESTÉ

5. à Monaco     6. Le 6 juillet 2020
7. par Patrick SOMMER, Secrétaire Général de la Direction des Services Judiciaires
8. sous le n° 1702/2020
9. Sceau/Timbre     10. Signature :



*P. [signature]*



# EXHIBIT 2

## GENERAL COURT

R.
☑ NP ☐ P ☐ PLN

**No. 2020/000435**

**RULING OF JUNE 4, 2020**

**THE COURT,**

Ruling on the declaration of the debtor pursuant to Article 408 of the Commercial Code,

With regard to the above petition (No. 2020/000369), whereby **Lorenzo Napoleoni, acting as manager of SARL BLACK GOLD,** requests the court to find said company in suspension of payments;

With regard to filing certificate dated May 25, 2020;

With regard to the docketing of the case under No. 2020/000435;

With regard to the conclusions of the Public Prosecutor's Office dated May 28, 2020;

Whereas, by means of the aforementioned petition, Lorenzo Napoleoni, acting as manager of SARL BLACK GOLD, asks for SARL BLACK GOLD to be found in suspension of payments;

Whereas, both its declaration and the exhibits produced reveal that SARL BLACK GOLD no longer appears to be able to meet its current liabilities with its liquid assets;
-
Whereas, in these circumstances, the Court has no choice but to find SARL BLACK GOLD in suspension of payments pursuant to Article 408, subparagraph 2 of the Commercial Code, provisionally setting the date of said suspension of payments as **May 29, 2019**;

Whereas the costs of this ruling should be employed as privileged fees in collective proceedings.

**CORRECTION OF MATERIAL ERROR**
By Ruling dated June 18, 2020, correction of the material error affecting the judgment of June 4, 2020, was ordered as follows:
*" Provisionally sets the date of said suspension of payments as **May 29, 2019**"*
Note added on June 18, 2020.
Assistant Chief Clerk
[signature]
Marine Pisani

[round seal: COURT SERVICES ADMINISTRATION; MONACO]

2

003914

**FOR THESE REASONS,**

**THE COURT,**

Based on the declaration of the debtor's representative made pursuant to Article 408 of the Commercial Code, and with all legal ramifications, finds SARL BLACK GOLD, headquartered at Chateau Perigord I, 6 Lacets Saint Leon, Bloc K 3$^{eme}$ etage, No. 209, Monaco (98000), to be in suspension of payments;

Provisionally sets the date of said suspension of payments as May 29, 2020;

Appoints Genevieve Vallar, Senior Judge at the Court as the Bankruptcy Judge;

Designates Jean-Paul Samba, accounting expert, as the Bankruptcy Trustee;

States that this ruling will become enforceable immediately and provisionally pursuant to Article 572 of the Commercial Code and subject to the publication provided for by Article 415 of said code;

Orders the registration of the costs as privileged fees in collective proceedings;

So judged by Mr. Sebastien Biancheri, Vice-President, Ms. Francoise Dornier, Senior Judge, Mr. Adrian Candau, Judge, who consulted in accordance with the law, assisted during proceedings only by Ms. Isabel Dellerba, Clerk;

The reading considered as having been made at the hearing on **JUNE 4, 2020** by Mr. Sebastien Biancheri, Vice-President, assisted by Ms. Isabel Dellerba, Clerk, in the presence of Mr. Olivier Zamphiroff, First Assistant Public Prosecutor, the operative section of the decision having been posted in the concourse of the Courthouse.

[signature]         [signature]

| COST | |
|---|---:|
| Original | € |
| Preparation | €5 |
| Issuance | €36 |
| Cert. Copy | € |
| Reg. Copy | €2.10 |
| **CLERK'S OFF.** | €43.10 |
| PAID | |
| **TOTAL** | €43.10 |

For issuance.
**CERTIFIED COPY**
06/22/20
*Chief Clerk*
[signature]
[round seal: PRINCIPALITY OF MONACO; GENERAL CLERK'S OFFICE]

[round seal: COURT SERVICES ADMINISTRATION; MONACO]

APOSTILLE
(Convention de La Haye du octobre 1961)

1. Country: PRINCIPALITY OF MONACO

This public document

2. has been signed by Ms. Virginie Sangiorgio, Chief Clerk

3. acting in the capacity of Chief Clerk

4. bears the seal/stamp of the PRINCIPALITY OF MONACO
   - GENERAL CLERK'S OFFICE -

CERTIFIED

5. at Monaco        6. July 6, 2020

7. by Patrick Sommer, General Secretary of the Court Services Administration

8. No. 1702/2020

9. Seal/stamp        10. Signature

[round seal: COURT SERVICES ADMINISTRATION; MONACO]        [signature]
[revenue stamp: PRINCIPALITY OF MONACO; REVENUE STAMP; 5 €]

[round seal: COURT SERVICES ADMINISTRATION; MONACO]

# EXHIBIT 3

Tania M. Moyron, State Bar No. 235736
DENTONS US LLP
601 S. Figueroa St., Ste. 2500
Los Angeles, California 90017-5709
Telephone No.: 213.243.6101
E-Mail: tania.moyron@dentons.com

James R. Irving (Applying Pro Hac Vice)
Gina M. Young (Applying Pro Hac Vice)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 S. Fifth Street
Louisville, Kentucky 40202
Telephone No.: 502.587.3606
E-Mail: james.irving@dentons.com
       gina.young@dentons.com

*Attorneys for the Foreign Representative*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>BLACK GOLD S.A.R.L.,<br><br>    Debtor in a Foreign Proceeding. | Case No. 20-#### (###)<br><br>Chapter 15<br><br>**STATEMENTS UNDER RULE 1007(a)(4) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br>**Date:** [No Hearing Requested]<br>**Time:**<br>**Place:** Courtroom ###<br>        1300 Clay Street<br>        Oakland, California 94612 |

In accordance with Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Jean-Paul Samba, in his capacity as the trustee and foreign representative (the "Foreign Representative") of the foreign debtor Black Gold S.a.R.L. (the "Debtor") in a foreign proceeding under Monegasque law (the "Monegasque Proceeding") pending before the Tribunal de Première Instance de Monaco (or the Court of First Instance of Monaco) (the "Monegasque Court"), makes the following statements:

**1. AUTHORIZED ADMINISTRATORS OF FOREIGN PROCEEDINGS**

The Foreign Representative submits the following list containing the names and addresses of all persons or bodies authorized to administer foreign proceedings of the Debtor:

The Monegasque Proceeding and this chapter 15 case are the only bankruptcy or insolvency proceedings of the Debtor, and the Foreign Representative is the only person or body authorized to administer the foreign proceedings of the Debtor.

| Name of Administrator | Address(es) of Administrator |
|---|---|
| Jean-Paul Samba, syndic | Jean-Paul Samba<br>Stade Louis II – Entrée F<br>9 Avenue des Castelans<br>98000 Monaco<br><br>Jean-Paul Samba<br>c/o James R. Irving<br>Dentons Bingham Greenebaum LLP<br>3500 PNC Tower<br>101 S. Fifth Street<br>Louisville, Kentucky 40202<br>Telephone: 502.649.3199<br>E-mail: james.irving@dentons.com |

**2. PARTIES TO LITIGATION IN THE UNITED STATES**

The Foreign Representative submits the following list containing the names and addresses of all parties to litigation pending in the United States in which the Debtor is a party at the time of the filing of the petition:

| Plaintiff in Litigation with the Debtor | Address(es) of Plaintiff |
|---|---|
| International Petroleum Products and Additives Company, Inc. | International Petroleum Products and Additives Company, Inc.<br>Attn: President or General Counsel<br>7600 Dublin Blvd., Suite 240<br>Dublin, California 94568<br><br>International Petroleum Products and Additives Company, Inc.<br>c/o Vinay Vijay Joshi<br>Amin Turocy & Watson LLP<br>160 West Santa Clara Street, Suite 975 |

1

STATEMENTS UNDER RULE 1007(a)(4) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

|   |   |
|---|---|
|   | San Jose, California 95113<br>Telephone: 650.618.6481<br>Email: vjoshi@thepatentattorneys.com |

The above-referenced party is a party to the civil action captioned as *International Petroleum Products and Additives Company, Inc. v. Black Gold S.A.R.L.* and bearing Case No. 4:19-cv-03004-YGR-RMI pending in the United States District Court for the Northern District of California.

**3.** ENTITIES AGAINST WHOM PROVISIONAL RELIEF IS SOUGHT

The Foreign Representative submits the following list containing the names and addresses of all entities against whom provisional relief is being sought under 11 U.S.C. § 1519:

| Plaintiff in Litigation with the Debtor | Address(es) of Plaintiff |
|---|---|
| International Petroleum Products and Additives Company, Inc. | International Petroleum Products and Additives Company, Inc.<br>Attn: President or General Counsel<br>7600 Dublin Blvd., Suite 240<br>Dublin, California 94568<br><br>International Petroleum Products and Additives Company, Inc.<br>c/o Vinay Vijay Joshi<br>Amin Turocy & Watson LLP<br>160 West Santa Clara Street, Suite 975<br>San Jose, California 95113<br>Telephone: 650.618.6481<br>Email: vjoshi@thepatentattorneys.com |

[*remainder of page intentionally left blank*]

Dated: November 20, 2020

Respectfully submitted,

_____
Tania M. Moyron, State Bar No. 235736
DENTONS US LLP
601 S. Figueroa St., Ste. 2500
Los Angeles, California 90017-5709
Telephone No.: 213.243.6101
E-Mail: tania.moyron@dentons.com

-and-

James R. Irving (Applying Pro Hac Vice)
Gina M. Young (Applying Pro Hac Vice)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 S. Fifth Street
Louisville, Kentucky 40202
Telephone No.: 502.587.3606
E-Mail: james.irving@dentons.com
gina.young@dentons.com

*Attorneys for the Foreign Representative*

3

STATEMENTS UNDER RULE 1007(a)(4) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

# EXHIBIT 4

Tania M. Moyron, State Bar No. 235736
DENTONS US LLP
601 S. Figueroa St., Ste. 2500
Los Angeles, California 90017-5709
Telephone No.: 213.243.6101
E-Mail: tania.moyron@dentons.com

James R. Irving (Applying Pro Hac Vice)
Gina M. Young (Applying Pro Hac Vice)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 S. Fifth Street
Louisville, Kentucky 40202
Telephone No.: 502.587.3606
E-Mail: james.irving@dentons.com
gina.young@dentons.com

*Attorneys for the Foreign Representative*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>BLACK GOLD S.A.R.L.,<br><br>　　Debtor in a Foreign Proceeding. | Case No. 20-#### (###)<br><br>Chapter 15<br><br>**CORPORATE OWNERSHIP STATEMENT**<br><br>**Date:** [No Hearing Requested]<br>**Time:**<br>**Place:** Courtroom ###<br>　　　　1300 Clay Street<br>　　　　Oakland, California 94612 |

　　　　In accordance with Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Jean-Paul Samba, in his capacity as the trustee and foreign representative (the "Foreign Representative") of the foreign debtor Black Gold S.a.R.L. (the "Debtor") in a foreign proceeding under Monegasque law (the "Monegasque Proceeding") pending before the Tribunal de Première Instance de Monaco (or the Court of First Instance of Monaco) (the "Monegasque Court"), certifies that no corporate entity directly or indirectly owns 10% or more of any class of the Debtor's equity interests.

Dated: November 20, 2020

Respectfully submitted,

Tania M. Moyron, State Bar No. 235736
DENTONS US LLP
601 S. Figueroa St., Ste. 2500
Los Angeles, California 90017-5709
Telephone No.: 213.243.6101
E-Mail:      tania.moyron@dentons.com

-and-

James R. Irving (Applying Pro Hac Vice)
Gina M. Young (Applying Pro Hac Vice)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 S. Fifth Street
Louisville, Kentucky 40202
Telephone No.: 502.587.3606
E-Mail:      james.irving@dentons.com
              gina.young@dentons.com

*Attorneys for the Foreign Representative*

2
CORPORATE OWNERSHIP STATEMENT