

James R. Irving (*Admitted Pro Hac Vice*)
james.irving@dentons.com
Gina M. Young (*Admitted Pro Hac Vice*)
gina.young@dentons.com
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 S. Fifth Street
Louisville, Kentucky 40202
Tel: (502) 587-3606

*Attorneys for the Foreign Representative*

The following constitutes the order of the Court.
Signed: March 24, 2023

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>BLACK GOLD S.A.R.L.,<br><br>    Debtor in a Foreign Proceeding. | Case No. 4:20-bk-41815<br><br>Chapter 15<br><br>Hon. William J. Lafferty<br><br>**ORDER APPROVING MOTION OF THE FOREIGN REPRESENTATIVE TO REOPEN THE CHAPTER 15 CASE** |

This Court having considered the *Motion of the Foreign Representative to Reopen the Chapter 15 Case* (the "Motion")[1], filed by Jean-Paul Samba, in his capacity as the trustee and foreign representative (the "Foreign Representative") of the foreign debtor Black Gold S.a.r.L. (the "Debtor") in the above-captioned case (the "Chapter 15 Case"), pursuant to §§ 105 and 350(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 5010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. Upon entry of this Order, the Clerk will reopen the Chapter 15 Case.

3. The Foreign Representative is not required to pay any fees related to the filing of the

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Motion.

Motion.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Motion or this Order.

**\*\* END OF ORDER \*\***

Case: 20-41815    Doc# 93    Filed: 03/24/23    Entered: 03/24/23 19:11:36    Page 2 of 3
22718968.v1

**Service List**