| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Tania M. Moyron<br>tania.moyron@dentons.com<br>DENTONS US LLP<br>601 South Figueroa Street<br>Suite 2500<br>Los Angeles, CA 90017<br>Tel: (213) 243-6101<br><br>*Attorney for the Foreign Representative* |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>BLACK GOLD S.A.R.L.,<br><br>    Debtor in a Foreign Proceeding. | Case No. 4:20-bk-41815<br><br>Chapter 15<br><br>**NOTICE OF WITHDRAWAL OF GINA M. YOUNG AS COUNSEL FOR THE FOREIGN REPRESENTATIVE** |

PLEASE TAKE NOTICE THAT as of February 22, 2024, Gina M. Young, of the law firm Dentons Bingham Greenebaum LLP, no longer represents Jean-Paul Samba, in his capacity as the trustee and foreign representative (the "Foreign Representative") of the foreign debtor Black Gold S.a.R.L. (the "Debtor"). Undersigned counsel, James R. Irving, also of the law firm Dentons Bingham Greenebaum LLP, as well as Tania M. Moyron of the law firm Dentons US LLP, will remain counsel for the Foreign Representative.

The Court and all parties are requested to amend their files and Certificate of Service lists to remove attorney Gina M. Young as counsel for the Foreign Representative. All filings and communications should continue to be served on James R. Irving and Tania M. Moyron.

22720824.v1

| | | |
|---|---|---|
| 1 | DATED: February 23, 2024 | Respectfully submitted, |
| 2 | | DENTONS US LLP |
| | | TANIA M. MOYRON |
| 3 | | |
| 4 | | By: /s/ Tania M. Moyron |
| | | Tania M. Moyron |
| 5 | | |
| | | *Attorney for the Foreign Representative* |

2720824.v1